DAVID W. DRATMAN
Attorney at Law
State Bar No. 78764
1007 7th Street, Suite 305
Sacramento, California  95814
Telephone: (916) 443-2000
Facsimile:  (916) 443-0989
Email: dwdratman@aol.com

Attorney for Defendant
LINSEY MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:12-CR-148-KJM |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO AMEND CONDITIONS OF RELEASE** |
| vs. | |
| LINSEY MOORE, ET AL., | |
| Defendants. | |

IT IS STIPULATED between the United States, through their attorney of record, Assistant U. S. Attorney Jason Hitt and defendant, Linsey Moore, through her attorney, David W. Dratman, with the concurrence of U.S. Pretrial Service Officer Renee Basurto, that the special conditions of release may be amended to delete the conditions of random drug testing and counseling; and, that the attached Amended Special Conditions of Release are to be ordered.

Dated:  October 6, 2014                              BENJAMIN B. WAGNER
                                                     UNITED STATES ATTORNEY
                                                     By: /s/ Jason Hitt*
                                                        JASON HITT
                                                        Assistant U.S. Attorney

**STIPULATION AND [PROPOSED]  ORDER TO AMEND CONDITIONS OF RELEASE**                              1

Dated: October 6, 2014

\*Signed with permission
/s/ David W. Dratman
DAVID W. DRATMAN
Attorney for Defendant
LINSEY MOORE

## ORDER

It is so ordered.

Dated: October 7, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE