FILED

JAN 06 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:12-CR-0148 KJM |
| Plaintiff, | [PROPOSED] ORDER SEALING THE UNITED STATES'S MOTION PURSUANT TO U.S.S.G. § 5K1.1 |
| v. | |
| MIGUEL GONZALEZ-OCHOA, | |
| Defendant. | |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Government's Request to Seal, IT IS HEREBY ORDERED that the government's motion pursuant to U.S.S.G. § 5K1.1 for defendant Miguel GONZALEZ-OCHOA and the Government's Request to Seal shall be SEALED until further order of this Court.

Dated: _____

KIMBERLY J. MUELLER
United States District Judge